# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Abraham Sauceda-Martinez,<br>a.k.a.: Abraham Sauceda Martinez,<br>(A #201 148 203)<br>*Defendant* | )<br>)<br>)  Case No. 22-8204MJ<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about August 10, 2022, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a), an offense described as follows:

Abraham Sauceda-Martinez, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 15, 2020, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILEY  *Digitally signed by CHARLES BAILEY*
*Date: 2022.08.15 13:16:12 -07'00'*

REVIEWED BY:  Charles E. Bailey Jr., P.S. for AUSA Thomas M. Forsyth III

☒ Continued on the attached sheet.

BRIAN B BOONE  *Digitally signed by BRIAN B BOONE*
*Date: 2022.08.15 13:46:05 -07'00'*

*Complainant's signature*

Brian Boone,
Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date: August 15, 2022

*Judge's signature*

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Immigration and Customs Enforcement Deportation Officer Brian Boone, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about August 10, 2022, officers with the Phoenix Police Department arrested and booked Abraham Sauceda-Martinez into the Maricopa County Jail (MCJ), located in Phoenix, Arizona, on local charges. While Sauceda-Martinez was incarcerated at the MCJ, ICE officers interviewed him and determined him to a citizen of Mexico, unlawfully present in the United States. On the same date, an immigration detainer was lodged with the MCJ for Sauceda-Martinez. On or about August 13, 2022, Sauceda-Martinez was released to ICE custody and transported to the Phoenix ICE detention office for further investigation and processing. Sauceda-Martinez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Abraham Sauceda-Martinez to be a citizen of Mexico and a previously deported alien. Sauceda-Martinez was removed from the

United States to Mexico, through Nogales, Arizona, on or about April 15, 2020, pursuant to a final order of removal issued by an immigration official. There is no record of Sauceda-Martinez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Sauceda-Martinez's immigration history was matched to him by electronic fingerprint comparison.

4. On or about August 13, 2022, Abraham Sauceda-Martinez was advised of his constitutional rights. Sauceda-Martinez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Sauceda-Martinez stated that his true and correct name is "Abraham Sauceda Martinez," and that he is a citizen of Mexico. Sauceda-Martinez stated that he last entered the United States illegally by "Desierto caminando" (walking through the desert) from "Altar, Sonora," Mexico, approximately "two years ago." Sauceda-Martinez also stated that he had been previously removed from the United States "2" times. Sauceda-Martinez further stated that he did not apply for permission with the United States Attorney General or Department of Homeland Security to re-enter the United States after having been previously removed.

5. For these reasons, I submit there is probable cause to believe that on or about August 10, 2022, Abraham Sauceda-Martinez, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on

or about April 15, 2020, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a).

BRIAN B BOONE
Digitally signed by BRIAN B BOONE
Date: 2022.08.15 13:48:02 -07'00'

Brian Boone,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to telephonically
this 15th day of August, 2022.

John Z. Boyle,
United States Magistrate Judge