GARY M. RESTAINO
United States Attorney
District of Arizona
THOMAS M. FORSYTH III
Assistant U.S. Attorney
Arizona State Bar No. 026513
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Thomas.Forsyth@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 06 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Abraham Sauceda-Martinez,<br>a.k.a. Abraham Sauceda Martinez,<br><br>　　　　　Defendant. | NO. CR-22-01134-PHX-MTL (MTM)<br><br>**INDICTMENT**<br><br>VIO:　8 U.S.C. § 1326(a)<br>　　　(Reentry of Removed Alien) |

**THE GRAND JURY CHARGES:**

On or about August 10, 2022, at or near Phoenix, in the District of Arizona, the defendant, ABRAHAM SAUCEDA-MARTINEZ, an alien, was found in the United States after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 15, 2020, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

//

//

//

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: September 6, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona


/s/
THOMAS M. FORSYTH III
Assistant U.S. Attorney